Goyal v Scarano Architect PLLC (2026 NY Slip Op 50035(U))

[*1]

Goyal v Scarano Architect PLLC

2026 NY Slip Op 50035(U)

Decided on January 15, 2026

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on January 15, 2026
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: James, P.J., Tisch, Perez, JJ.

571469/25

Samriti Goyal, Plaintiff-Appellant,
againstScarano Architect PLLC, Defendant-Respondent.

Plaintiff, as limited by her brief, appeals from that portion of a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Anna R. Lewis, J.), dated August 21, 2024, after a nonjury trial, in favor of defendant on its counterclaim in the principal sum of $4,738.87.

Per Curiam.
Judgment (Anna R. Lewis, J.), dated August 21, 2024, insofar as appealed from, reversed, without costs and matter remanded for a new trial on the counterclaim.
In its counterclaim in this Small Claims action, defendant, an architect, sought damages for services rendered to plaintiff in addition to the work specified in the parties' written contract. The trial transcript reveals that after defendant presented its case, plaintiff was not afforded any opportunity to present a defense to the counterclaim. In addition, the documents presented by defendant and admitted into evidence, were neither furnished to plaintiff, nor was she given an opportunity to review them. Thus, the judgment in favor of defendant on the counterclaim did not achieve substantial justice between the parties in accordance with the rules and principles of substantive law (see CCA 1807; Williams v Roper, 269 AD2d 125 [2000], lv dismissed 95 NY2d 898 [2000]). In these circumstances, we remand the matter for a new trial. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 15, 2026